1080

[Nos. 19616-0-III; 20544-4-III;   Division Three.   October 23, 2003.]
20896-6-III.

*In the Matter of the Marriage of* JOYCE H. DEFELICE,
*Appellant*, and DENNIS J. DEFELICE, *Respondent*.

Appeals from judgments of the Superior Court for
Franklin County, No. 93-3-50121-4, Philip M. Raekes and
William D. Acey, JJ., entered September 5, 2000, August
10, 2001, and January 10, 2002. *Affirmed* by unpublished
opinion per Kurtz, J., concurred in by Brown, C.J., and
Schultheis, J.

[No. 21328-5-III.   Division Three.   October 23, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON MICHAEL
FUENTES, *Appellant*.

Appeal from a judgment of the Superior Court for Benton
County, No. 02-1-00096-1, Carolyn A. Brown, J., entered
August 2, 2002. *Affirmed* by unpublished opinion per
Schultheis, J., concurred in by Brown, C.J., and Kurtz, J.

[No. 44990-7-I.   Division One.   October 27, 2003.]

*In the Matter of the Personal Restraint of* DAVID SHIRLEY,
*Petitioner.*

Petition for relief from personal restraint. Petition *denied*
by unpublished per curiam opinion.

[No. 48909-7-I.   Division One.   October 27, 2003.]

JENNIFER RUFER, ET AL., *Respondents*, v. ABBOTT LABORATORIES,
*Appellant*, UNIVERSITY OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 99-2-27090-8, William L. Downing, J., entered
January 25, April 19, June 29, July 26, and August 7, 2001.
*Affirmed in part, reversed in part* and *remanded* by unpub-
lished opinion per Agid, J., concurred in by Appelwick and
Schindler, JJ.